# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Rodney Elroy Cobbs**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00092-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Meredith Rae Ellington et al**,** | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2020 Order.

July 28, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court